## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| OCEAN ADVOCATES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CORP OF ENGINEERS, *et al.*, <br><br> Defendants, <br><br> BP WEST COAST PRODUCTS, LLC, <br><br> Intervenor. | Case No. C00-1971L <br><br> AMENDED ORDER SETTING TRIAL DATE & RELATED DATES |

| | |
|---|---|
| **TRIAL DATE** | June 5, 2006 |
| Reports from plaintiff's expert witnesses due | December 1, 2005 |
| Reports from defendants'/intervenor's expert witnesses due | January 9, 2006 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to CR7(d)(3) or CR37(a)(2)(B) | |
| Discovery completed by | February 15, 2006 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see CR 7(d)) | March 7, 2006 |
| Settlement conference per CR 39.1(c)(2) held no later than | April 6, 2006 |
| Mediation per CR 39.1(c)(3) held no later than | May 6, 2006 |
| All motions in limine must be filed by and noted on the motion calendar seven judicial days thereafter pursuant to CR7(d)(2) | May 8, 2006 |

AMENDED ORDER SETTING TRIAL DATE
& RELATED DATES - 1

| | |
|---|---|
| Agreed pretrial order due | May 24, 2006 |
| Pretrial conference to be scheduled by the Court | |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | May 31, 2006 |
| Length of Trial: 1 day | Non Jury XXX |

These dates are set at the direction of the Court after reviewing the joint status report submitted by the parties on June 9, 2005.  All other dates are specified in the Local Civil Rules.  If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.  These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties.  The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

If the trial date assigned to this matter creates an irreconcilable conflict or if one day will not be sufficient to hear this case, counsel must notify Teri Roberts, the judicial assistant, at 206-370-8810 within 10 days of the date of this Order.  A failure to do so will be deemed a waiver.  Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

## ALTERATIONS TO ELECTRONIC FILING PROCEDURES

Starting June 1, 2004, counsel are be required to electronically file all documents with the Court.  Information and procedures for electronic filing can be found on the Western District of Washington's website at www.wawd.uscourts.gov.  The following alterations to the Electronic Filing Procedures apply in all cases pending before Judge Lasnik:

- Section III, Paragraph F - when the aggregate submittal to the court (*i.e.*, the motion, any declarations and exhibits, the proposed order, and the certificate of service) exceeds **50** pages in length, a paper copy of the documents (with tabs or other organizing aids as necessary)

AMENDED ORDER SETTING TRIAL DATE
& RELATED DATES - 2

1 shall be delivered to the Clerk's Office for chambers. The chambers copy must be clearly
2 marked with the words "Courtesy Copy of Electronic Filing for Chambers."
3    - Section III, Paragraph K - unless the proposed order is stipulated, agreed, or otherwise
4 uncontested, the parties need not e-mail a copy of the order to the judge's e-mail address.

## COOPERATION

6    As required by CR 37(a), all discovery matters are to be resolved by agreement if
7 possible. Counsel are further directed to cooperate in preparing the final pretrial order in the
8 format required by CR 16.1, except as ordered below.

## EXHIBITS

10    The original and one copy of the trial exhibits are to be delivered to chambers five days
11 before the trial date. Each exhibit shall be clearly marked. Exhibit tags are available in the
12 Clerk's Office. The Court hereby alters the CR 16.1 procedure for numbering exhibits:
13 plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall
14 be numbered consecutively beginning with 500. Duplicate documents shall not be listed twice:
15 once a party has identified an exhibit in the pretrial order, any party may use it. Each set of
16 exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

## SETTLEMENT

18    Should this case settle, counsel shall notify the Deputy Clerk as soon as possible.
19 Pursuant to GR 3(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement
20 may be subject to such discipline as the Court deems appropriate.

22    DATED this 10th day of June, 2005.

*[signature]*
Robert S. Lasnik
United States District Judge

AMENDED ORDER SETTING TRIAL DATE
& RELATED DATES - 3